## MARRIAGE RECORD
### FLORIDA

NT-59
APPLICATION NO. 95-20352

**GROOM DATA**
- 1. Groom's Name: DANIEL LEE HEINIG
- 2. Date of Birth: AUGUST 20, 1958
- 3a. Residence – City, Town, or Location: TAMPA
- 3b. County: HILLSBOROUGH
- 3c. State: FLORIDA
- 4. Birthplace: PENNSYLVANIA

**BRIDE DATA**
- 4a. Bride's Name: JANET DEBORAH PERIERA
- 6. Date of Birth: OCTOBER 6, 1968
- 7a. Residence – City, Town, or Location: TAMPA
- 7b. County: HILLSBOROUGH
- 7c. State: FLORIDA
- 8. Birthplace: COLOMBIA

**LICENSE TO MARRY**
- 17. Date License Issued: MARCH 9, 1995
- 18. Expiration Date: MAY 7, 1995

**CERTIFICATE OF MARRIAGE**
- 22a. Signature of Person Performing Ceremony
- 22b. Type: John Rosenblatt
- 22c. Title: Rabbi

**RECORDED**
- 25. Date Returned: MAR 22 1995
- 26. Recorded in Book 503, Page 178
- 27. Clerk of Court: RICHARD L. AKE

**GROOM** – 28. Race: WHITE — 29. Number of this Marriage: 1
**BRIDE** – 32. Race: HISPANIC — 33. Number of this Marriage: 1

AUDIT CONTROL NO. 833787

05 1856

**FILED**
SEP 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment "A"



# RootsWeb.com

The oldest and largest FREE genealogy site, supported by An

| Home | | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords |

## Social Security Death Index Search Results

75,698,330 Records
last updated on 9-7-2005

? The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| Last Name | PEREIRA | 3344 | 3344 |
| First Name | ROBERT | 1241645 | 8 |

Viewing 1-8 of 8

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| ROBERT PEREIRA | 17 May 1955 | 25 Jul 1996 | 02740 (New Bedford, Bristol, MA) | (none specified) | | Massachusetts | SS-5 Letter Add Post-em Search Ancestry.com | ☐ |

05 1856

**FILED**

SEP 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment " B "

9/10/2005

to the S boundary of said Tract "A", a distance of 140.46'; thence N 0°02'36" E 310.12'; thence N. 89°58'12" E 140.46 to the POINT OF BEGINNING. TOGETHER WITH 15' Easement reserved for ingress or egress and for drainage and/or utilities purposes.

A portion of TRACT "A" of the Anclote River Acres, Unit Three, as recorded in Plat Book 4 page 70 of the Public Records of Pasco County, Florida; FOR A POINT OF REFERENCE commence at the NE corner of said Tract "A" run thence W along the N boundary of Tract "A", a distance of 1,410.90'; thence S 0°02'36" W along a line parallel to the E boundary of said Tract "A", a distance of 312.0'; thence S 89°58'12" W, 140.46' to the POINT OF BEGINNING; thence S 0°02'36" W, 15.0'; thence S 89°58'12" W, 239.92' to the SW right-of-way line of River Drive; thence on a curve to the left with a radius of 395.0' and arc of 16.97', a chord of 16.97' and a chord bearing N 27°52'24" E along said right-of-way line; thence N 89°58'12" E, 232.0' to the POINT OF BEGINNING.

OR BK 3440  PG 1443
2 of 3

located in Pasco County, Florida, was sold to STATE STREET BANK AND TRUST COMPANY, TRUSTEE FOR EMC TRUST 2, SERIES 1993-L2 BONDHOLDERS, whose address is 222 West Las Colinas Boulevard, #600, Irving, Texas 75039.

WITNESS my hand and the seal of this court on this 14 day of June, 1995.

JED PITTMAN
Clerk of the County Court

By: Rosalie Johnson
Deputy Clerk

05 1856

ᴅUNKNOWN HEIRS/DEVISEES OF MICHAEL S. PEREIRA, deceased, their successors and assigns, ᴅTERESA PEREIRA, ᴅCHESTER PEREIRA, ᴅLOUISE PEREIRA, ᴅROBERT PEREIRA, ᴅARTIFICIAL KIDNEY CENTER OF RHODE ISLAND, ᴅWACO WATER CO., f/k/a ᴅH20 WATER CO., INC., ᴅd/b/a AQUA PURE, and ᴅNATALIE COOPER, AS TENANT,

FILED
SEP 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment "C"



State Online Services | Agency List | Business.utah.gov    Search Ut

## Utah Division of Occupational and Professional L

### Licensee Lookup & Verification System >>



**Detail for 163007-8905**

| | |
|---|---|
| **Name** | DONALD W HEINIG |
| **City, State, Zip** | DENVER, CO 802205317 |

**License Information:**

| | |
|---|---|
| **Profession** | PHYSICIAN |
| **License Type** | PHYSICIAN/SURGEON CS |
| **License Number** | 163007-8905 |
| **Obtained By** | Unknown |
| **License Status** | ACTIVE |
| **Status Change Reason** | LICENSE RENEWAL |
| **Original Issue Date** | 01/01/1910 |
| **Expiration Date** | 01/31/2006 |
| **Disciplinary Action** | None |
| **Docket Number** | N/A |



For Subscriber Users Only
To become a subscriber to this service click here.



Requires Adobe® Acrobat® Reader™



Download Here- FREE



This information is accurate as far as is contained in the Division's official records. It does not reflect whether an e to maintain a current registration with the Division of Corporations is current in that registration. You can verify su https://secure.utah.gov/bes/bes. Additionally, this verification does not show a complete license history or interrup licensure. Original issue dates listed as 01/01/1910 and 01/01/1911 were unknown at the time the Division implen electronic licensing database.

DOPL Home | Utah Department of Commerce Home | Site Map | Contact DOPL
160 East 300 South • Salt Lake City, Utah • (801) 530-6628 • Toll-Free in Utah (866) 275-3675 • FAX (801) 530-6

Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2004 State of Utah - All rights reserved.

https://secure.utah.gov/llv

Attachmeny " D "

05 1856

**FILED**

SEP 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8/29/2005

# This Warranty Deed

Made this 15th day of May A.D. 19 95
by DONALD W. HEINIG as Successor Co-Trustee
of the Dorothy Heinig Heath Revocable
Trust Agreement f/k/a the Dorothy W.
Heinig Revocable Trust
hereinafter called the grantor, to
HOWARD E. LINDBERG and PATRICIA K.
LINDBERG, husband and wife

OFF.REC. 7764 PG 346

whose post office address is: P.O. Box 172 Wayne ME 04284

Grantees' Tax Id # :

hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

Witnesseth, that the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Hillsborough County, Florida, viz:

Lot 39, in Block 5, SUN LAKES SUBDIVISION, according to plat thereof recorded in Plat Book 52, Page 17 of the public records of Hillsborough County, Florida.

SUBJECT TO Covenants, restrictions, easements of record and taxes for the current year.

1995 MAY 22 PM 4 36     95113659

Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.

Parcel Identification Number: 78555.6302

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 19 94

In Witness Whereof, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

Name: Patti Moulton
Name: Carol W. Ison

DONALD W. HEINIG, TRUSTEE
P.O. Box 8043
Alta, Utah 84092

State of Utah
County of Salt Lake

The foregoing instrument was acknowledged before me this 15th day of May 19 95
by DONALD W. HEINIG as Successor Co-Trustee of the Dorothy Heinig Heath Revocable Trust Agreement f/k/a the Dorothy W. Heinig Revocable Trust
who is personally known to me or who has produced _____ as identification.

ASHLEY STRONG
NOTARY PUBLIC • STATE of UTAH
628 SOUTH 1300 EAST
SALT LAKE CITY, UT 84102
COMM. EXPIRED 10-13-96

Print Name: Ashley Strong
Notary Public
My Commission Expires: 10-13-96

PREPARED BY: DONNA GREGORY
RECORD & RETURN TO:
Commerce Title Insurance Agency of Florida, Inc.
1517-B Shopping Plaza
Sun City Center, Florida 33573
File No: 6534SC

WD-1 5/93

FILED SEP 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1856

Attachment "E"

# STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFIED COPY

**Local File No.:** 39-95-002235
**CERTIFICATE OF DEATH — FLORIDA**

Return to:
COMMERCE TITLE INS.
AGENCY OF FLORIDA, INC.
1517-B SUN CITY CENTER PLAZA
SUN CITY CENTER, FL 33573

| Field | Value |
|---|---|
| 1. Decedent's Name | Dorothy Heinig Heath |
| 2. Sex | Female |
| 3. Date of Death | March 25, 1995 |
| 4. Social Security Number | 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 |
| 5a. Age — Last Birthday | 79 |
| 6. Date of Birth | June 23, 1915 |
| 7. Birthplace | Pittsburgh, Pennsylvania |
| 8. Was Decedent Ever in U.S. Armed Forces | No |
| 9a. Place of Death | Other: X Nursing Home |
| 9b. Inside City Limits | No |
| 9c. Facility Name | Palm Garden |
| 9d. City, Town, or Location of Death | Sun City Center |
| 9e. County of Death | Hillsborough |
| 10a. Decedent's Usual Occupation | Bookkeeper |
| 10b. Kind of Business/Industry | Bookkeeping |
| 11. Marital Status | Married |
| 12. Surviving Spouse | Mott B. Heath |
| 13a. Residence — State | Florida |
| 13b. County | Hillsborough |
| 13c. City, Town, or Location | Sun City Center |
| 13d. Street and Number | 1801 Butterfly Place |
| 13e. Inside City Limits | No |
| 13f. Zip Code | 33573 |
| 14. Hispanic or Haitian Origin | No |
| 15. Race | White |
| 17. Father's Name | Dr. Charles E. Whitehead |
| 18. Mother's Name | Ida Shaffer |
| 19a. Informant's Name | W. Jeffrey Heinig |
| 19b. Mailing Address | P.O. Box 312, Yorklyn, Delaware 19736 |
| 20a. Method of Disposition | X Cremation |
| 20b. Place of Disposition | Bay Area Crematory |
| 20c. Location | Clearwater, Florida |
| 21b. License Number | 641 |
| 21c. Name and Address of Facility | Lewers Funeral Home, 308 E. College Ave., Ruskin, Florida 33570 |
| 23b. Date Signed | Mar. 27, 1995 |
| 23c. Hour of Death | 3:35 A.M. |
| 24. Name and Address of Certifier | Donald Behnke 1901 Haverford Ave Sun City Center, FL 33573 |
| 26. Date Registered | March 29, 1995 |
| 31. Probable Manner of Death | Natural |
| OFF. REC. | 7764 PG 340 |

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

MAR 28 1995

CHIEF DEPUTY REGISTRAR
State Registrar

5245488

**WARNING:** ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH LINES AND SECURITY WATERMARK ON BACK AND COLORED BACKGROUND AND GOLD EMBOSSED GREAT SEAL OF THE STATE OF FLORIDA ON FRONT. ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

HRS FORM 1664A

CERTIFICATION OF VITAL RECORD

95113653

FILED SEP 19 2005
MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment "F"

Return to list generated by your search criteria ... or Find a Doc search page.

### Kevin J. Whitehead M.D.  Specialty: Cardiology

**Academic & Board Certification Information**

| | |
|---|---|
| **Academic Department:** | Internal Medicine |
| **Medical School:** | University of Alberta - School of Medicine |
| **Internship Institution(s):** | University of Western Ontario |
| **Residency Institution(s):** | University of Western Ontario |
| **Fellowship Institution(s):** | University of Utah |
| **Faculty Rank:** | Instructor |
| **Board Certification(s):** | Fellow of Royal College of Physicians of Canada<br>Am Bd Int Med (Int Med)<br>Am Bd Int Med (Sub: Cardv Disease)<br>Royal College of Surgeons of Canada |
| **Board Eligible:** | National Board of Echocardiography |
| **Other Languages Spoken:** | Norwegian |

Kevin J. Whitehead M.D.

**Clinical Office Address & Appointment Scheduling Number(s)**

**Clinical Office Address:**           **To Schedule An Appointment Call:**

No information currently available.

**Need personal assistance in making an appointment, or are you a referring physician seeking a consult?**
**Please call our toll-free line at 1-866-850-8863.**

Return to list generated by your search criteria ... or Find a Doc search page.

Faculty members, if this information is incorrect or incomplete, please click here to login and suggest corrections.

05 1856

FILED
SEP 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment " G "

the lo
haul," Mr. Bush said. "All of us have been partners in a great enterprise. And
even some of the youngest understand that we are living in historic times. Last
month, a girl in Lincoln, Rhode Island, sent me a letter. It began, 'Dear George
W. Bush: If there is anything you know, I, Ashley Pearson, age 10, ca do to
help anyone, please send me a letter and tell me what I can do to sav our
country.' She added this P.S. 'If you can send a letter to the troops please
put, 'Ashley Pearson believes in you.' "

Ashley stared at the screen as the president of the United States sai her name.
Her father reached over, tugged her shoulder and said "Good job, Ash. Even her
sleepy 9-year-old brother, Mark, looked alert.

"Oh my God," her mom said, covering her mouth as tears welled up in h eyes.
The president stumbled on Ashley's age but quickly corrected himself and
continued.

"Tonight, Ashley, your message to our troops has just been conveyed. And yes,
you have some duties yourself. Study hard in school, listen to your m and dad,
help someone in need, and when you and your friends see a man or woma in
uniform, say 'thank you.' And while you do your part, all of us here this
great chamber will do our best to keep you and the rest of America sa and
free."

As the president finished, Natalie Pearson stared at her daughter and then gave
her a long kiss on the cheek.

Ashley summed up the experience succinctly.

"It's pretty cool."

* * *

* WHITE HOUSE CORRESPONDENT: Ashley Pearson, right, with her mother, Natalie,
listen to President Bush describe Ashley's letter to him during last night's
State of the Union address.

JOURNAL PHOTO / GLENN OSMUNDSON

* RED-LETTER DAY: Ashley Pearson, 10, talks with a reporter as she watches

http://us.f403.mail.yahoo.com/ym/Sho                Attachment "H"

05 1856

FILED
SEP 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
6/15/2004



Attachment " H-1 "