UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARL JACKSON
112 West Stanley Street
Tampa, Florida 33604
813-380-8757

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

CIVIL ACTION NO. 05-1856-RJL

Plaintiff,

V.

**GEORGE W. BUSH**
President , United States of America
1600 Pennsylvania, Avenue
Washington, D.C. 20530

**JOHN ASHCROFT**
Former Attorney General , United States of America,
and his current successors
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**KARL ROVE**
1600 Pennsylvania, Avenue
Washington, D.C. 20530

**IRVING LEWIS LIBBY**
a/k/a I. Lewis "Scooter" Libby
1600 Pennsylvania Avenue
Washington, D.C. 20530

Defendants,

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff Carl Jackson pursuant to Rule 15 ( c ) Federal Rules of Civil Procedure and files plaintiff's first amended complaint naming newly named defendant Irving Lewis Libby a/k/a I. Lewis **"Scooter "** Libby in substitution of previously named John Doe defendant  plaintiff alleges all conduct, transactions or occurrences as alleged relate back to plaintiffs original pleading.

**COMES NOW,** the Plaintiff in the above entitled action **Carl Jackson** and for his cause of action states the following :

### 1
### *PRELIMINARY STAMENT OF THE FACTS*

**1.** The founding fathers in drafting the United States Constitution had several goals, foremost among those goals was to avoid the rise of tyranny and the prevention of the abuse of power this was accomplished by creating a Separation of Power between the three branches of government by creation of a series of checks and balances . The Due Process Clause of the Fourth, and Fourteenth Amendment has three components:

it guarantee's fair procedures ( " process") when government deprives an individual of life , liberty, or property,

it is the vehicle for incorporating various provisions of the Bill of Rights against state and local government; and,

it affords substantial protection against " certain arbitrary and wrongful government actions" regardless of the fairness of the procedures used,

### II
### JURISDICTION AND VENUE

**2.** This action arises under the First, Fourth, and Fourteenth Amendment to jurisdiction of this matter is in part pursuant to **28 U.S.C.** sections **1331**

( 2. )

and **1332** the pendent jurisdiction of this court is invoked as to the claims set forth below and the Federal claims are substantial and the facts and transactions underlying the Federal and state claims are identical and plaintiffs claim for monetary relief exceeds this courts jurisdictional minimum of **$75,000.00** exclusive of interest and cost and Plaintiff request trial by jury of all triable issues. The Federal claims set forth below arise under Federal Law are substantial and in violation of the underlying Federal claim which have occurred within the District.

## PARTIES
## PLAINTIFF

3. **Plaintiff,** in the above entitled cause, **Carl Jackson**, at all times material to the allegations of complaint was a citizen of Hillsborough County, FL.

## DEFENDANT'S

4. **Defendant, George W. Bush,** at all times material to allegations of the complaint acting within the scope of his lawful authority as President of the United States of America, and he is sued both individually and in his official capacity.

5. **Defendant, John Ashcroft,** at all times material to the allegations of the complaint was acting within the scope of his lawful authority as Attorney

(3.)

General of the United States of America and both he and his successors are sued in both their individual and official capacities.

6. **Defendant** , **Karl Rove,** at all times material to allegations of complaint was acting within the scope of his employment as deputy Chief of Staff advisor to defendant George W. Bush, President of the United States of America and

he is sued in his individual capacity.

7. **Defendant** , **Irving Lewis Libby** a/k/a I . Lewis " Scooter " Libby , at all times material to the allegations of complaint was acting within the scope of his employment as chief of staff advisor to Dick Cheney, Vice President of the United States of America and he is sued in his individual capacity.

### *PLAINTIFF'S FIRST CAUSE OF ACTION (DAMAGES)*

( **As to Defendant's Ashcroft , Rove , Libby** )

8. Plaintiff alleges that on or about March 12, 2003 and continuing thereafter that defendants Ashcroft, Rove, Libby did by combination in whole and in part enter into conspiratorial agreement of minds under color of law to aid and abet vigilante groups to act in retaliation against plaintiff by removal of said vigilante fears of prosecution for their unlawful acts based on bad motive and bias towards plaintiff.

( 4. )

9. Plaintiff alleges that said reference -above bad motive and personal animus held towards plaintiff by defendants Ashcroft , Rove, Libby was a culminating factor in the deliberate intentional willful and wanton retaliatory automobile crash which occurred in Tampa, Florida on June 12, 2003 committed without just provocation by vigilante Florida officials and citizens aided and abetted by defendants Ashcroft, Rove, and Libby in abuse of their positions and is further alleged to have be a contributing cause to July 8,2003 death of plaintiff's loved - one Eleanor Roe Munzer.

10. Plaintiff alleges said vigilante conduct by the defendants based upon defendants bad motive and bias towards the plaintiff serves no legitimate governmental interest and is in depravation of plaintiff's Fourth and Fourteenth Amendment right to Due Process of Law that defendant unlawful conduct of conspiring out of retaliation to cause the deliberate infliction of emotional distress of plaintiff in act of political vengeance and contributed to the death of plaintiffs loved one in a unlawful act that shocks the conscious.

11. Plaintiff states that plaintiff's amendmended complaint relates back to same conduct, transaction or occurrence as alleged in plaintiff's original pleading.

( 5. )

### PLAINTIFF'S SECOND CAUSE OF ACTION

**12.** Plaintiff re-alleges all allegations in paragraphs **1 thru 11** of Plaintiffs First Cause of Action and re-incorporates said allegations into plaintiffs Second Cause of Action and plaintiff alleges the following:

**13.** Plaintiff alleges that on January 21, 2004 defendant George W. Bush in an egregious Presidential act signified his Presidential approval to the vigilante conduct as evidenced in seventy-six deliberately misleading words spoken by during the January 21, 2004 delivery of the State of Union speech by defendant George W. Bush, President of the United States of America under the created false illusion of being a purportedly Presidential response to a letter purportedly written by a 10-year old girl from Lincoln , Rhode Island whose mother has a close nexus family relationship to relative of Florida vigilantes with ties within the Florida law enforcement community.

**WHEREFORE** , all the above stated reasons Plaintiff request trial by jury on all triable issues and judgment;

**1.** Against all defendants, and each of them jointly and separately for $240,000.00.

( 6.)

2. In the amount of the sums expended by the plaintiff since June 12, 2003 in seeking redress from the wrongful acts and conduct of defendants plus cost.

3. For punitive damages in the amount of $725,000.00 and,

4. For such other releif that this honorable court may deem just and proper under the circumstances.

Respectfully submitted ,

By: _____
CARL JACKSON
Prose/ Plaintiff
112 West Stanley Street
Tampa, Florida 33604
813-380-8757

### CERTIFICATE OF SRVICE

I hereby certify that a true and correct copy of the above document has been furnished via U.S. Mail to defendant's George W. Bush , and John Ashcroft and / or his successors on this the 10th day of November 2005.

_____
CARL JACKSON