SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Av.
c/o Civil Process Dept.
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1820 0006 2031 6359

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-

1:05CV01856 RJL

RT
IA

GEORGE W. BUSH, ET. AL.

Defendants

**AFFIDAVIT OF SERVICE**

I Carl Jackson hereby declare that on the 15th day of October 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney General

Attached hereto is the green card acknowledging service.

Carl Jackson

CARL JACKSON
Pro Se
P.O. Box 2894
Tampa, Florida 33601

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
c/o Civil Process Dept.
555 4th St. N.W.
Washington, D C
20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
10/19/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7005 1820 0006 2031 6342

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

05CV01856

RT

IA

GEORGE W. BUSH, ET. AL.

Defendants

**AFFIDAVIT OF SERVICE**

I Carl Jackson hereby declare that on the 15th day of October 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney

Attached hereto is the green card acknowledging service.

Carl Jackson

CARL JACKSON
Pro Se
P.O. Box 2894
Tampa, Florida 33601