## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL JACKSON, | ) |
| | ) |
| Pro Se Plaintiff, | ) |
| | ) |
| v. | )   No. 05-1856 (RJL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President, | ) |
| United States of America, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER

This matter comes before the Court on defendants' motion to dismiss. After considering the relevant pleadings, applicable law, and the record herein, it is hereby

ORDERED that defendants' motion is GRANTED. It is further

ORDERED that plaintiff's complaint is hereby DISMISSED.

_____
Richard J. Leon
United States District Judge

Copies to:

John F. Henault
Assistant United States Attorney

Carl Jackson
Pro se plaintiff