AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CARL JACKSON
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

_George W. Bush, et al_
    Defendant,

CASE NUMBER 1:05CV01856

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/19/2005

TO: (Name and address of Defendant)

_U.S. Attorney_
_555 4th St. N.W._
_W.D.C. 20001_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ _Pro Se_ (name and address)

Carl Jackson
Pro Se
112 West Stanley Street
Tampa, Florida 33604
813-380-8757

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

SEP 1 9 2005
DATE

_(By) Deputy Clerk_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12-2-05 |
| NAME OF SERVER (PRINT) Scot Singleton | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Personally Served Reginald Rowan, Authorized agent for U.S. Attorney of DC at 501 3rd Street NW Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
   Date

Signature of Server

P.O. Box 18647
Washington, DC 20036
Address of Server

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
DEC 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT