UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL JACKSON,            )<br>                          )<br>    Pro Se Plaintiff,    )<br>                          )<br> v.                       )<br>                          )<br> GEORGE W. BUSH,          )<br>    President,            )<br>    United States of America, et al., )<br>                          )<br>    Defendants.           )<br>_____) | No. 05-1856 (RJL) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF
TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS,
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant George W. Bush and Alberto Gonzales, in their official capacities as President of the United States and Attorney General of the United States respectively, request that this Court extend the time for them to file a reply in support of their motion to dismiss to January 26, 2006.[1] Their reply is currently due on or before January 12, 2006.

In support of this unopposed motion, defendants state the following: On December 19, 2005, defendants filed a motion to dismiss asserting that plaintiff's complaint fails to state a claim against the President or the Attorney General, and that any claim plaintiff could state would not withstand absolute and qualified immunity. On January 3, 2006, plaintiff filed his opposition. On January 9, 2006, however, undersigned counsel spoke to pro se plaintiff, who informed counsel that plaintiff would be voluntarily dismissing President Bush from this action.

---

[1] As the record does not evidence that any of the defendants have been served in their individual capacities, this motion, as was the previous motion to dismiss, is filed without prejudice to any available defenses to any defendant in their individual capacity.

In light of plaintiff's pending motion, plaintiff agreed to provide defendant with additional time to file a reply, as such reply would not longer need to address the President.

For the foregoing reasons, defendants George W. Bush and Alberto Gonzales, in their official capacities as President of the United States and Attorney General of the United States respectively, request that the Court extend the time for them to file their reply in support of the motion to dismiss from January 12, 2006 to January 26, 2006.

January 10, 2006                                            Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

      I certify that on January 10, 2006, I served a copy of the foregoing by first-class mail, postage prepaid on:

Carl Jackson
112 West Stanley St.
Tampa, FL 33604

                                                            ____/s/_____
                                                            John F. Henault
                                                           Assistant United States Attorney