## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL JACKSON, )<br> )<br>    Pro Se Plaintiff, )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, )<br>    President, )<br>    United States of America, et al., )<br> )<br>    Defendants. )<br>_____) | No. 05-1856 (RJL) |

## **ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time to File Their Reply, and Memorandum in Support Thereof, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendants shall file their Reply on or before January 26, 2006.

_____
Richard J. Leon
United States District Judge

Copies to:

John F. Henault
Assistant United States Attorney

Carl Jackson
Pro se plaintiff