## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CARL JACKSON**

**CIVIL ACTION NO. 05-1856(RJL)**

       **Plaintiff,**

V.

**GEORGE W. BUSH , Et, Al.,**

      Defendants.

### PLAINTIFF'S MOTIOION FOR ENLAGEMENT OF TIME
### PURSUANT TO RULE 6 (B) FEDERAL CIVIL PROCEDURE

COMES NOW, the Plaintiff Carl Jackson and moves that this court grant plaintiff leave to enlarge time beyond the 120 day rule in order to establish  service of summons and complaint  upon defendants  Ashcroft, Rove, and Libby.

In support thereof plaintiff would state :

1. That plaintiff  request for enlargement of time is for good cause as it is apparent that plaintiff's process server has become so intimated by agents of the defendant as to render her firms process serving duties  ineffective requiring plaintiff to seek alternative means of service. and said motion is made for no purpose of hinder or  delay of these proceedings.

2. That plaintiff's motion for  enlargement of time pursuant

to Rule 6 (b)  is requested before actual expiration of 120

day rule and as such will result in no prejudice to

defendants.

Respectfully submitted ,

By: _____
CARL JACKSON
P.O. Box 2894
Tampa, Florida 33601
813-380-8757 / 813-232-1508

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy of the above

document has been furnished  on this the 9th day of January

,2006  to: John F. Henault, Assistant United States

Attorney 555 4th street, NW Washington, D.C. 20530.

CARL JACKSON