UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARL JACKSON,
Pro Se Plaintiff

v.                                    Case No. 05-1856(RJL)

GEORGE W. BUSH,
President
United States of America, Et Al.,

        Defendants

PLAINTIFFS MOTION FOR NON- JOINER OF PARTIES

PURSUANT TO RULE 21 FEDERAL RULES OF CIVIL PROCEEDURE

COMES NOW, the Plaintiff Carl Jackson and moves that this honorable court grant leave to plaintiff pursuant to Rule 21 Federal Rules Civil Procedure to Non-Join defendant George W. Bush as defendant party in the above captioned action.

Respectfully submitted,

*/s/ Carl Jackson*
CARL JACKSON
112 West Stanley Street
Tampa, Florida 33604
813-380-8757 / 813-232-1508

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above document has been furnished on January 9th 2006 via U. S. Mail to John Henault , Assistant United States Attorney ,555 4th Street, NW  Washington, DC 20530.

_____
CARL JACKSON