## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


CARL JACKSON

                              CIVIL ACTION NO. 05-1856(RJL)
          Plaintiff,
V.

GEORGE W. BUSH, Et, Al.,

          Defendants.


### PLAINTIFF'S MOTIOION FOR LEAVE TO AMEND /STRIKE PREVOIUS PLEADING
### PURSUANT TO RULE 15 FEDERAL RULES OF CIVIL PROCEDURE


COMES NOW, the Plaintiff Carl Jackson and moves that this

court grant plaintiff leave to amend /strike pleading filed

as mistake in regard to a understanding of the Rule

4(i)(1)of procedure and  of the  available means afforded to

a citizen of the United States to serve process upon a

current President of the United States were plaintiff now in

hindsight believes plaintiff has both mistakenly and

prematurely moved on January 9, 2006  to non- join defendant

George W. Bush pursuant to *Rule 21 Federal Rules of Civil*

*Procedure* filed with the court on or about January 9, 2006

and plaintiff now believe he has met the threshold of the

requirement of  Rules 4(i) (1) Federal Civil Procedure

necessary to perfect service upon a current President of

the United States.

In support thereof plaintiff would state:

1. That on or about January 9, 2006 plaintiff filed motion pursuant to Rule 21 Federal Rules of Civil Procedure to non-join defendant George W. Bush as a defendant party in the above captioned action.

2. That said motion to non-join defendant George W. Bush as a defendant party was a mistake in Rule of law by plaintiff relating to plaintiffs mistaken understanding of the Rule 4(i) (1) of Federal Civil Procedure regarding proper method of service of process and means available to enable to the plaintiff in order to perfect service upon a sitting President of the United States.

3. Plaintiff now is of belief that in fact plaintiffs' service on defendant George.W. Bush has been sufficiently been perfected in accordance with the Rule 4(i) (1) of Federal Civil Procedure.

That in further accordance with Rule of Federal Civil Procedure plaintiff has contacted via telephone counsel for defendant Bush  to learn of any objection if any to this motion to amend/ strike previous motion and were counsel for defendant has expressed no objection  to plaintiffs motion to amend / strike and were defendant

2.

would suffer no prejudice since defendant Bush is aware

of plaintiffs complaint.

**WHEREFORE** all the reasons so states above plaintiff request

that this court enter its order of leave allowing plaintiff

to amend or strike previous own imitative motion to non join

defendant filed in mistake of the Rule of Federal Civil

Procedure.

Respectfully submitted,

By: _____

CARL JACKSON
P.O. Box 2894
Tampa, Florida 33601
813-380-8757 / 813-232-1508

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy of the above

document has been furnished on this the 23th day of

January, 2006 to: John F. Henault, Assistant United States

Attorney 555 4th street, NW Washington, D.C. 20530.

_____

CARL JACKSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CARL JACKSON,

      Plaintiff,

V.                               CASE NO. 05-1856(RJL)

GEORGE W. BUSH,

President,
United States of America, et al.,


## ORDER

**UPON CONSIDERATION** of Plaintiffs' Unopposed Motion for Leave to Amend /Strike previous Pleading to Non-Joiner and it appearing that good cause exists for the requested leave, it is this _____day of 2006,


**ORDERED** that Plaintiffs' own Initiative Motion to Amend/ Strike plaintiffs' previous pleading of Non -Joiner is, hereby **GRANTED,**


                                      _____

                                      Richard J. Leon
                                      United States District Judge


Copies to:

Carl Jackson
Pro Se Plaintiff

John F. Henault ,
Assistant United States Attorney