## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL JACKSON, )<br>)<br>    Pro Se Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President, )<br>    United States of America, et al., )<br>)<br>    Defendants. )<br>_____) | No. 05-1856 (RJL) |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SUBSTITUTE

On January 31, 2006, plaintiff moved to substitute Attorney General Alberto Gonzales for former Attorney General John Ashcroft in this action. Defendants submit this response to inform the Court that defendants do not oppose the substitution, as the substitution is automatic for all claims brought against the former Attorney General in his official capacity upon his leaving the office. See Fed. R. Civ. P. 25(d).

Defendants note, however, that plaintiff's request to substitute confirms that all claims against the Attorney General in this action are lodged against the Attorney General in his official capacity only. Thus, for the reasons set forth in defendants' motion to dismiss, all claims against the Attorney General should be dismissed, as plaintiff fails to state a claim against the Attorney General that can withstand qualified immunity.

February 14, 2006                    Respectfully submitted,

                                                     /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

                                                     /s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

                                                     /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify that on February 14, 2006, I served a copy of the foregoing by first-class mail, postage prepaid on:

Carl Jackson
112 West Stanley St.
Tampa, FL 33604

                                                ____/s/_____
                                                John F. Henault
                                                Assistant United States Attorney