UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carl Jackson                )
                            )
   Plaintiff,               )
                            )
   v.                       )   Civil Case No. 05cv1856 (RJL)
                            )
George W. Bush, et al.      )
                            )
   Defendants.              )

# FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 9th day of September 2006, hereby

**ORDERED** that [#6] Defendants' Motion to Dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendants, and the case is DISMISSED in its entirety with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge